IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:13cr46-RH

JOHN C. WALL,

     Defendant.

_____/

**ORDER TERMINATING SUPERVISED RELEASE**

     The defendant John C. Wall has moved for early termination of supervised release. The probation officer has advised the court's staff that neither the officer nor the government opposes early termination. I have considered the factors in 18 U.S.C. § 3553(a) and the criteria in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

     IT IS ORDERED:

     Mr. Wall's term of supervised release is terminated as of August 2, 2016, at 2:05 p.m.

     SO ORDERED on August 2, 2016.

                              s/Robert L. Hinkle
                              United States District Judge